# Order

Michigan Supreme Court
Lansing, Michigan

January 29, 2010

139840

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JUSTIN CARNAZ HARDEN,
        Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139840
COA: 292744
Oakland CC: 2008-221131-FC

On order of the Court, the application for leave to appeal the September 9, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

0125